FARMERS SYNDICATE, INC., Respondent, v. F. KIESER & SON COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. TEKLA GORECKI, Claimant, Respondent, v. MASSEY-HARRIS HARVESTER COMPANY and Another, Appellants.— Motion granted, with ten dollars costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

SAMUEL M. GRAY, Respondent, v. ETHEL H. GRAY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. NORA GALLAGHER, Claimant, Respondent, v. ENDICOTT-JOHNSON CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

FRANCIS X. KING, as Administrator, etc., of MARY KILEY, Deceased, Respondent, v. GEORGE E. CARMODY, Executor, etc., of THOMAS CARMODY, Deceased, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event, on the ground that the transactions occurred in New York county, and the convenience of witnesses and the ends of justice will be promoted by the change. Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ., concur.

CHARLOTTE C. LINENDOLL, as Administratrix, etc., of CHARLES C. LINENDOLL, Deceased, Respondent, v. SANDY HILL STORAGE COMPANY, Appellant.— Motion granted, with ten dollars costs, unless the appellant pays said costs and has case in readiness for argument at the next term, in which event motion is denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

IRENE E. LENT, Appellant, v. LAWRENCE BUDINE, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

ANNA MOSKOWITZ, Respondent, v. HARRY KABINOFF, Appellant.— Motion granted on default, with ten dollars costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

DOMINICK MARTIN, Respondent, v. STUDEBAKER CORPORATION OF AMERICA, Appellant. DOMINICK MARTIN, as Administrator of MARIO MARTIN, Deceased, Respondent, v. STUDEBAKER CORPORATION OF AMERICA, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event, on the ground that the transactions occurred in Columbia county, and the convenience of witnesses and the ends of justice will be promoted by the change. Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ., concur.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN McGOLDRICK, Claimant, Respondent, v. THE BROOKLYN NEWS COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Judicial Construction of the Last Will and Testament of FRANCES KNAPP, Deceased.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.